McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>              v.<br><br>ALTERICK PRAYLOW,<br><br>                Defendant. | No. 1:18-CR-00064 LJO<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO SUPPRESS |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Nicholas Capozzi, attorney for the defendant, that the hearing on defendant's motion to suppress set for, September 24, 2018, before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to October 9, 2018 at 8:30 a.m. The parties engaged in plea negotiations resulting in a revised offer being tendered to defense on Wednesday, September 12, 2018. The defendant is housed in Lerdo, and the earliest defense can have the defendant transported to Fresno to discuss the revised offer is Wednesday, September 19, 2018. The parties believe that they may be able to resolve the case with a plea agreement. However, they need additional time to do so. As such, the parties request that the Government's Response due September 14, 2018 be extended to September 28, 2018 and the hearing be continued to October 9, 2018.

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through October 9, 2018 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 14, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: September 14, 2018

/s/ Nicholas Capozzi
NICHOLAS CAPOZZI
Attorney for Defendant

IT IS SO ORDERED.

Dated:  **September 14, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE