1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-00064 LJO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING ON MOTION TO SUPPRESS |
| ALTERICK PRAYLOW, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Nicholas Capozzi, attorney for the defendant, that the hearing on defendant's motion to suppress set for, October 9, 2018, before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to November 5, 2018 at 8:30 a.m. The parties engaged in plea negotiations resulting in a revised offer being tendered to defense on Wednesday, September 12, 2018. The defendant is housed in Lerdo, which has somewhat delayed the negotiation process. The offer expires when the Government responds to the defendant's pending suppression motion. The defendant requested additional time to consider the offer. The parties believe that they may be able to resolve the case with a plea agreement. However, they need additional time to do so. As such, the parties request that the Government's Response deadline be extended to October 29, 2018 (undersigned counsel is

out of state at training from October 17-19), and the hearing be continued to November 5, 2018.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through November 5, 2018 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: October 5, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: October 5, 2018　　　　　　　　　　　　/s/ Nicholas Capozzi
　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS CAPOZZI
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED.

　　Dated:　**October 9, 2018**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE