1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-00064 LJO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING ON MOTION TO SUPPRESS |
| ALTERICK PRAYLOW, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Nicholas Capozzi, attorney for the defendant, that the hearing on defendant's motion to suppress set for, November 5, 2018, before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to December 10, 2018 at 8:30 a.m. The parties engaged in plea negotiations resulting in further amendments to the existing plea offer. The defendant is housed in Lerdo, which has delayed the negotiation process in that defense must request the defendant be brought to Fresno on an available bus only on Mondays or Wednesdays. The offer expires when the Government responds to the defendant's pending suppression motion. The defendant requested additional time to consider the offer. The parties believe that they may be able to resolve the case with a plea agreement. However, they need additional time to do so. As such, the parties request that

1

the Government's Response deadline be extended to November 30, 2018, and the hearing be continued to December 10, 2018.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through December 10, 2018 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: November 1, 2018         Respectfully submitted,

                                                               McGREGOR W. SCOTT
United States Attorney

By      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: November 1, 2018         /s/ Nicholas Capozzi
NICHOLAS CAPOZZI
Attorney for Defendant

## **ORDER**

The Government's Response deadline re the motion to suppress is extended to November 30, 2018, and the hearing on that motion is continued to December 10, 2018.

The Court finds that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through December 10, 2018 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **November 2, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE