Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Altericke Praylow

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No.: 1:18-CR-00064 LJO |
| Plaintiff, | |
| vs. | **STIPULATION FOR CONTINUANCE OF SENTENCING; ORDER** |
| **Altericke Praylow**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant, Alterick Praylow, by and through his counsel, Nicco Capozzi, and Assistant United States Attorney Kimberly Sanchez, that the sentencing hearing originally scheduled for August 19, 2019, at 8:30 a.m., shall be continued to September 16, 2019 at 8:30 a.m. or any Monday after at the Court's convenience so that defense can adequately prepare for sentencing due to his trial calendar and discuss the sentencing issues fully with his client.

Dated: August 12, 2019	/s/Nicco Capozzi
	Nicco Capozzi
	Attorney for Defendant

Dated: August 12, 2019	 /s/Kimberly Sanchez
	Kimberly Sanchez

# O R DE R

The Court has not been provided with enough information to find good cause to continue this matter.  The request is DENIED, and the matter will remain on calendar.

IT IS SO ORDERED.

Dated:   **August 15, 2019**              /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE