McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>ALTERICK PRAYLOW<br>                              Defendant. | CASE NO. 1:18-CR-00064-NONE-SKO<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Alterick Praylow filed a motion for reduction in sentence and compassionate release. The parties stipulate and request the Court to order the following schedule:

    a. Government's opposition/response: January 19, 2021

    b. Defendant's reply: January 26, 2021

**[Remainder of page intentionally left blank.]**

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated:  December 30, 2020

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  December 30, 2020

/s/ *Alexkia Torres*
ALEXKIA TORRES
Counsel for Defendant Alterick Praylow

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

      a.  Government's opposition/response:  January 19, 2021

      b.  Defendant's reply:  January 26, 2021

IT IS SO ORDERED.

Dated:  **December 30, 2020**

UNITED STATES DISTRICT JUDGE