UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-cr-00064 WBS |
| Plaintiff, | |
| v. | ORDER |
| ALTERICK PRAYLOW, | |
| Defendant. | |

----oo0oo----

Defendant has filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). (Docket No. 64.) The court notes that defendant's direct appeal of his conviction remains pending. The filing of a notice of appeal divests the district court of jurisdiction over the aspects of the case involved in the appeal. United States v. Ortega Lopez, 988 F.2d 70, 72 (9th Cir. 1993). Because defendant's appeal of his conviction necessarily implicates the lawfulness of his sentence, the court has no jurisdiction to grant the motion. See, e.g., United States v. Velasquez, No. CR-12-00877004-PHX-NVW, 2020 WL 5846612,

at *2-3 (D. Ariz. Oct. 1, 2020).  Accordingly, the motion for compassionate release is DENIED without prejudice for lack of jurisdiction.  See Fed. R. Crim. P. 37(a).

       IT IS SO ORDERED.

Dated:  February 9, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE